CLARA CELLINO *v.* SHOP RITE
SUPERMARKETS, INC., ET AL.
(12786)

LAVERY, LANDAU and HEIMAN, Js.

Argued September 22—decision released October 11, 1994

*Bryan F. Meccariello,* for the appellant (plaintiff).

*Elizabeth M. Buckmir,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.